**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JON J. ABLES**                                                                                   **PLAINTIFF**

**v.**                                                                                   **No. 4:20CV154-RP**

**MEDICAL DIRECTOR WILLIE KNIGHTEN
CNP ANGELA BROWN
HEAD NURSE VICKY THOMAS
CENTURION OF MS, LLC**                                                        **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is

D**ISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting

as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 5th day of November, 2020.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE